UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND      Index No.: 08-CIV-6350 (SCR)
ANNUITY FUNDS,

                      Plaintiffs,      **VOLUNTARY NOTICE**
                                              **OF DISMISSAL**

-against-

ORNAMENTAL INSTALLATION SPECIALISTS,
INC.,

                      Defendant.
----------------------------------------------------------------x

      Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: July 28, 2008
       Elmsford, New York

                                                      Dana L. Henke, Esq. (DLH3025)
                                                      Attorney for Plaintiff
                                                      258 Saw Mill River Road
                                                      Elmsford, New York 10523
                                                      (914) 592-1515

SO ORDERED

_____
Honorable Stephen C. Robinson, U.S.D.J.